428 A.2d 680

Commonwealth v. Streeter, Appellant.

Submitted December 6, 1979. Carol K. McGinley, Assistant Public Defender, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgments of sentence affirmed.